**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 542 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN LIEN TRINH A/K/A LIEN | : | |
| BICH TRINH AND LT INTERNATIONAL | : | |
| BEAUTY SCHOOL, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 14th day of May, 2019, the Application Seeking Leave to Respond to Opposition to Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED**.